UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARCELINO GUALLPA GUAMAN                                                             PETITIONER

VERSUS                                                              CIVIL ACTION NO. 5:25-CV-135-DCB-RPM

RAFAEL VERGARA                                                                          RESPONDENT

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

The Court has considered the Motion to Appear Pro Hac Vice filed by Petitioner on behalf of attorney Reuben S. Kerben. The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and that Reuben S. Kerben shall be admitted to serve as co-counsel for Petitioner. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 20th day of January 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE